■  JOHN L. ANDERSEN, Petitioner, v MARIO M. CUOMO, as Secretary of State of the State of New York, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review so much of a determination of the respondent Secretary of State, dated December 27, 1977, as, after a hearing, found that the petitioner had demonstrated untrustworthiness and incompetency as a real estate broker under subdivision 1 of section 441-c of the Real Property Law and suspended his license as a broker for a period of six months or, in lieu thereof, imposed a fine of $1,000. Determination confirmed insofar as reviewed and proceeding dismissed on the merits, with costs. The case of *Partridge v Lomenzo* (37 AD2d 180), upon which petitioner relies heavily, is distinguishable on its facts. The other points urged by petitioner have been considered and have been found to lack merit. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■  HELEN AREINOFF, Respondent, v WALTER AREINOFF, Appellant.—Judgment of the Supreme Court, Westchester County, entered May 31, 1978, affirmed, without costs or disbursements. No opinion. Appeal from an order of the same court, dated August 8, 1978 dismissed, without costs or disbursements. That order was superseded by a further order of the same court dated September 7, 1978, which granted reargument and renewal. Order dated September 7, 1978 affirmed, without costs or disbursements. No opinion. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.